UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **TONY DEWAYNE MARTIN #572749** | **CIVIL ACTION NO. 25-cv-011 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DERRICK PHELPS ET AL** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 18], and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss [Doc. No. 16] is **GRANTED**. All claims based on the alleged failure to administer *Miranda* warnings are **DISMISSED WITH PREJUDICE**. All remaining claims are **DISMISSED WITH PREJUDICE** until such time as the *Heck* conditions may be met.

MONROE, LOUISIANA, this 4th day of November 2025.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　TERRY A. DOUGHTY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE